**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKIE SLAUGHTER,
Appellant,

vs.

JESUS PRIETO, IN HIS INDIVIDUAL
CAPACITY AS A PERSON AND IN HIS
OFFICIAL CAPACITY AS A
DETECTIVE OF THE NORTH LAS
VEGAS POLICE DEPARTMENT,
Respondent.

No. 64671

**FILED**

APR 15 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve his civil proper person appeal statement. Appellant's civil appeal statement was due in this court by February 3, 2014. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Kenneth C. Cory, District Judge
        Rickie Lamont Slaughter, Jr.
        North Las Vegas City Attorney
        Eighth District Court Clerk